IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 97-cr-00049-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARGARET AKSAMIT,

    Defendant.

and

PREMIER HOSPITALITY, INC
    AKA COMFORT INN,

    Garnishee.

---

ORDER DISMISSING WRIT OF GARNISHMENT

---

This matter coming before the Court on motion of the Plaintiff and the Court being fully advised in the premises, the Court hereby **ORDERS** that the Motion to Dismiss Writ of Garnishment filed on April 16, 2007 in this case is GRANTED.

ORDERED and entered this   24th   day of   July  , 2007.

BY THE COURT:

   s/Lewis T. Babcock
UNITED STATES DISTRICT JUDGE